**IN THE UNITED STATES DISTRICT COURT**
**FOR THE MIDDLE DISTRICT OF PENNSYLVANIA**

| | | |
|---|---|---|
| **MINDY JAYE ZIED-CAMPBELL,** | : | |
| | : | |
| **Plaintiff** | : | **CIVIL ACTION 1:04-CV-0026** |
| | : | |
| v. | : | **(Chief Judge Kane)** |
| | : | |
| **ESTELLE RICHMAN, Secretary** | : | |
| **Pennsylvania Department of Public** | : | |
| **Welfare; FREDERICK LANDAU,** | : | |
| **Director of York County Assistance** | : | |
| **Office; DOES 1-25; and STEPHANIE** | : | |
| **LUDWIG, Supervisor of York County** | : | |
| **Assistance Office,** | : | |
| | : | |
| **Defendants** | : | |

## ORDER

Before the Court are three motions filed by Plaintiff Mindy Jaye Zied-Campbell: (1) "Plaintiffs' renewed motion to change caption on this case" (Doc. No. 92); (2) "Plaintiff's motion for leave to amend the complaint to add claims of 'civil conspiracy' . . . ." (Doc. No. 94); and (3) "Plaintiffs' motion to set aside magistrates report and recommendation due to attorney negligence/ineffective assistance of counsel . . . ." (Doc. No. 95). These motions do not comply with the Local Rules for the Middle District of Pennsylvania: Plaintiff has not filed a certificate of concurrence, a proposed form order, or a brief in support of her motions. See M.D. Pa. L.R. 7.1 & 7.5.[1]

---

[1] Local Rule 7.1 provides, in relevant part, as follows:
> All motions filed prior to trial must be written, and shall contain a certification by counsel for the movant that he or she has sought concurrence in the motion from each party, and that it has been either given or denied. No concurrence need be sought in *pro se* prisoner cases. . . . Every motion shall be accompanied by a form of order which, if approved by the court, would grant the relief sought in the motion.

**AND NOW**, this 26th day of February, 2008, **IT IS HEREBY ORDERED THAT** the abovementioned motions (Doc. Nos. 92, 94, 95) are **DENIED** without prejudice. Plaintiff may renew these arguments by filing motions that comply with the local rules no later than March 11, 2008.

**IT IS FURTHER ORDERED** that Plaintiff's objections, if any, to Magistrate Judge Blewitt's August 6, 2007, Report and Recommendation (Doc. No. 86) must be submitted no later than March 14, 2008. In a properly filed motion, Plaintiff may request that this deadline be extended, if appropriate, or stayed pending the resolution of any renewed motions that she may choose to file.

       S/ Yvette Kane
       Yvette Kane, Chief Judge
       United States District Court
       Middle District of Pennsylvania

---

Local Rule 7.5 provides, in relevant part:
> Within ten (10) days after the filing of any motion filed prior to trial, the party filing the same shall file a brief in support of the motion. . . . Unless otherwise ordered by the court, if supporting legal briefs are not filed within the time provided in this rule such motion shall be deemed to be withdrawn. Briefs shall not be required: (a) In support of a motion for enlargement of time if the reasons for the request are fully stated in the motion, (b) In support of any motion or a stipulation which has the concurrence of all parties, and the reasons for the motion or the stipulation are fully stated therein, or (c) In support of a motion for appointment of counsel.